IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BILLY O'DELL, *et al.*,

        Plaintiffs,                      Case Number: 3:11cv454

       vs.                             Judge Timothy S. Black

LIFE INSURANCE COMPANY
OF NORTH AMERICA,

        Defendant.

_____

## CONDITIONAL ORDER OF DISMISSAL
_____

The Court having been advised that this civil action has settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

                                                        *s/ Timothy S. Black*
                                                        Timothy S. Black
                                                        United States District Judge